### 6464. BILLINGSLEY *v.* FLYNT.

BROYLES, J. 1. The evidence introduced, with all reasonable deductions and inferences therefrom, did not demand a verdict for the plaintiff for the full amount sued for; and the direction of such a verdict by the trial judge was error.

2. The appellate division of the municipal court of Atlanta erred in sustaining the judgment of the trial court, and in overruling the motion for a new trial. *Judgment reversed.*

DECIDED JANUARY 11, 1916.

Complaint; from municipal court of Atlanta. March 3, 1915.

*A. E. Ramsaur,* for plaintiff in error.

*Hines & Jordan,* contra.